# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-4139

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Kerry Scott Sutton, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: December 5, 2003

Filed: December 15, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Kerry Scott Sutton appeals the sentence imposed by the district court[*] after Sutton pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). In a written plea agreement, Sutton waived the right to appeal his sentence, with exceptions not applicable here. Sutton does not argue his appeal waiver was unknowing or involuntary, or enforcement would result in a miscarriage

_____

[*]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

of justice.  We thus enforce Sutton's appeal waiver and dismiss his appeal.  <u>See</u> <u>United States v. Blue Coat</u>, 340 F.3d 539, 541-42 (8th Cir. 2003).

_____